# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:  §  Case No. 14-11031
        §
MARY L CARTER  §
        §
        §
        §
        Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 on November 25, 2014, in Courtroom 744**, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/21/14          By:   /s/ Gus A. Paloian
                                       Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-11031 |
| | § | |
| MARY L CARTER | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $11,920.72
*and approved disbursements of* $0.00
*leaving a balance on hand of[1]:* $11,920.72

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $11,920.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $1,942.07 | $0.00 | $1,942.07 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $4,672.00 | $0.00 | $4,672.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $182.60 | $0.00 | $182.60 |

Total to be paid for chapter 7 administrative expenses: $6,796.67
Remaining balance: $5,124.05

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $5,124.05 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $5,124.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $62,789.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Amalgamated Bank | $5,044.18 | $0.00 | $411.64 |
| 2 | Navient Solutions, Inc. | $30,295.55 | $0.00 | $2,472.34 |
| 3 | Navient Solutions, Inc. | $12,399.91 | $0.00 | $1,011.92 |
| 4 | Navient Solutions, Inc. | $12,531.78 | $0.00 | $1,022.69 |
| 5 | Capital Recovery V, LLC | $2,454.89 | $0.00 | $200.34 |
| 6 | American InfoSource LP as agent for DIRECTV, LLC | $62.71 | $0.00 | $5.12 |

|  | Total to be paid to timely general unsecured claims: | $5,124.05 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Gus A. Paloian
              Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 14-11031-ERW
Mary L Carter                                                          Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1          Page 1 of 2          Date Rcvd: Oct 22, 2014
                              Form ID: pdf006          Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2014.
```
db            +Mary L Carter,    7535 S. Luella Ave.,    Chicago, IL 60649-3222
aty           +Seyfarth Shaw LLP,    131 S Dearborn Street,    Suite 2400,    Chicago, IL 60603-5863
21719935       Aetna,    P.O. Box 13865,    Philadelphia, PA 19101-3865
21719936       Allied Interstate,    PO Box 361347,    Columbus, OH 43236-1347
21719937      +Amalgamated,    P.O. Box A3979,    Chicago, IL 60690-2151
21719938       Amalgamated Bank,    PO Box 1106,    Chicago, IL 60690-1106
22366668       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA 90051-5478
21719940       Bank of America,    PO Box 650070,    Dallas, TX 75265-0070
21719941      +Bankruptcy Processing,    PO Box 8053,    Mason, Ohio 45040-8053
21719943       Cardmember Services,    PO Box 15298,    Wilmington, DE 19850-5298
21719942      +Cardmember Services,    P.O. Box 15548,    Wilmington, DE 19850-5548
21719945     +++City of Chicago,    Department of Finance-Water Divison,    P.O. Box 6330,
                Chicago, IL 60680-6330
21719946       City of Chicago - Dept. of Finance,    PO Box 6330,    Chicago, IL 60680-6330
21719948      +Consultants in Laboratory Medicine,    c/o Physicians Billing Service,    2800 W. 95th St.,
                Evergreen Park, IL 60805-2701
21719951     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Directv,    P.O. Box 9001069,    Louisville, KY 40290-1069)
21719950      +Dinesh Jain M.D.,    PO Box 159,    Matteson, IL 60443-0159
21719952      +GC Services Limited Partnership,    Collection Agency Dept.,    6330 Gulfton,
                Houston, TX 77081-1108
21719956       Global Exchange Vacation Club,    PO Box 78843,    Phoenix, AZ 85062-8843
21719957      +Global Exchange Vacation Club,    5401 N. Pima Rd,    Suite 150,    Scottsdale, AZ 85250-2630
21719958      +Harris & Harris, Ltd.,    111 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60604-4135
21719963     ++MERCEDES BENZ FINANCIAL SERVICES,    13650 HERITAGE PARKWAY,    FORT WORTH TX 76177-5323
              (address filed with court: Mercedes Benz Financial Services,     PO Box 5209,
                Carol Stream, IL 60197-5209)
21719967      +MONY Life Insurance Company of America,    PO Box 4720,    Syracuse, New York 13221-4720
21719961       Macys,    PO Box 689195,    Des Moines, IA 50368-9195
21719962       Malcolm S. Gerald and Associates, Inc,    332 S. Michigan Ave.,    Suite 600,
                Chicago, IL 60604-4318
21719964      +Mercedez-Benz Financial Services USA LLC,    PO Box 685,    Roanoke, TX 76262-0685
21719965      +Midwest Eye Center,    1700 East West Road,    Calumet City, IL 60409-5431
21719968       Mukesh C Jain M.D., S. c.,    111 N. Wabash AVe.,    Suite 1416,    Chicago, IL 60602-3069
22189462       Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
21719969       Northwestern Medical Faculty Foundation,    38693 Eagle Way,    Chicago, IL 60678-1386
21719970       Northwestern Memorial Hospital,    PO Box 73690,    Chicago, IL 60673-7690
21719972       Payment Processing,    PO Box 183083,    Colubus, OH 43218-3083
21719973      +Peoples Gas; Attn: Customer Service,    130 E. Randolph,    Chicago, IL 60601-6207
21719974      +Prudential,    PO Box 856138,    Louisville, KY 40285-6138
21719975       Quest Diagnostics,    3866 Collection Center Drive,    Chicago, IL 60693-0038
21719976      +Radiology Imaging Specialists,    39645 Treasury Center,    Chicago, IL 60694-9600
21719978      +Rogers Enterprises Inc.,    PO Box 7207,    Chicago, IL 60680-7207
21719980       USAA Credit Card Payments,    10750 McDermott FWY,    San Antonio, TX 78288-0570
21719981       USAA Savings Bank,    10750 McDermott Fwy,    San Antonio, TX 78288-0570
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21719939      +E-mail/Text: bkrpt@retrievalmasters.com Oct 23 2014 01:27:52      AMCA,    4 Westchester Plaza,
                Suite 110,    Elmsford, NY 10523-1615
22346356       E-mail/PDF: rmscedi@recoverycorp.com Oct 23 2014 01:37:19      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corp,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21719944      +E-mail/Text: contact@csicollects.com Oct 23 2014 01:29:26      Certified Services, Inc.,
                PO Box 177,    Waukegan, IL 60079-0177
21719947       E-mail/Text: legalcollections@comed.com Oct 23 2014 01:29:15      Com Ed,    PO Box 6111,
                Carol Stream, IL 60197-6111
21719949      +E-mail/Text: mdimand@aol.com Oct 23 2014 01:27:26      Dimand Law Offices, P.C.,
                5 E. Wilson St.,    Batavia, IL 60510-2656
21719953      +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2014 01:39:11      GE Capital Retail  Bank,
                Attn: Bankruptcy Department,    PO Box 103104,    Roswell , GA 30076-9104
21719955       E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2014 01:37:08      GE Capital Retail Bank,
                Attn: Bankruptcy Department,    P.O. Box 1031106,    Roswell, GA 30076
21719954       E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2014 01:37:08      GE Capital Retail Bank,
                PO Box 960061,    Orlando, FL 32896-0061
21719960       E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2014 01:34:55      JC Penny,    P.O. Box 960090,
                Orlando, FL 32896-0090
21719966      +E-mail/Text: mmrgbk@miramedrg.com Oct 23 2014 01:28:03      MiraMed Revenue Group,
                991 Oak Creek Drive,    Lombard, IL 60148-6408
21719977      +E-mail/Text: SBONNEMA@ROGENT.COM Oct 23 2014 01:29:19      Rogers and Holland Jewelers,
                Ashcroft & Oak Fine Jewelers,    P.O. Box 879,    Matteson, IL 60443-0879
21719979       E-mail/PDF: pa_dc_claims@navient.com Oct 23 2014 01:39:12      Sallie Mae,    PO Box 9500,
                Wilkes-Barre, PA 18773-9500
                                                                                              TOTAL: 12
```

```
District/off: 0752-1          User: cmendoza1              Page 2 of 2                  Date Rcvd: Oct 22, 2014
                              Form ID: pdf006              Total Noticed: 50


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21719959*     +Harris & Harris, Ltd.,   111 W. Jackson Blvd.,   Suite 400,   Chicago, IL 60604-4135
21719971*      Northwestern Memorial Hospital,   PO Box 73690,   Chicago, IL  60673-7690
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2014 at the address(es) listed below:
          Angela  Koconis-Gibson    on behalf of Debtor Mary L Carter angela45@sbcglobal.net
          Christopher J Harney    on behalf of Trustee Gus A Paloian charney@seyfarth.com,
           ctholen@seyfarth.com;chidocket@seyfarth.com
          Gus A Paloian    gpaloian@seyfarth.com,
           gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```